IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON WALKER,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 09-282 |
| CO. 1. G. CAMPBELL, ET AL.,<br>    Defendants. | )<br>)<br>) |

ORDER

Plaintiff Clinton Walker as appealed the non-dispositive order, dated September 10, 2009, entered by United States Magistrate Judge Lisa Pupo Lenihan [document #38]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this _14th_ day of _Oct_, 2009, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Lisa Pupo Lenihan,
    United States Magistrate Judge

    All parties of record