IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON WALKER,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 09-282<br>) |
| CO. 1. G. CAMPBELL, ET AL.,<br>    Defendants. | )<br>)<br>) |

ORDER

Plaintiff Clinton Walker has appealed the non-dispositive text order, entered September 30, 2009, by United States Magistrate Judge Lisa Pupo Lenihan [document #40]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 16th day of Oct, 2009, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Lisa Pupo Lenihan,
    United States Magistrate Judge

    All parties of record