IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLINTON WALKER, | ) | |
| | ) | Civil Action No. 09 - 282 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Chief District Judge Gary L. Lancaster |
| | ) | |
| G. CAMPBELL; CO 1 BLAKER; CO 1 | ) | |
| CROUCH; CO 1 MARTUCCI; JOHN | ) | |
| DOE, *Hearing Examiner;* SUSAN | ) | |
| COWAN, *Unit Manager;* JOHN/JANE | ) | |
| DOE, *Unit Manager;* REV ALODA | ) | |
| MENCHYK, *Facility Classification* | ) | |
| *Program Director;* LOUIS S. FOLINO, | ) | |
| *Superintendent;* TIMOTHY I. MARK, | ) | |
| *Deputy Chief Counsel for Hearing and* | ) | |
| *Appeals,* | ) | |

Defendants.

## **ORDER**

The above captioned case was initiated on March 5, 2009, by the filing of a Motion

to Proceed In Forma Pauperis (doc no. 1) accompanied by a Complaint. It was referred to

Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act,

28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules.

The Magistrate Judge's Report and Recommendation (doc. no. 66), filed on May 4,

2010, recommended that Defendants' Partial Motion to Dismiss (doc. no. 50), as clarified during the

hearing, be granted. Plaintiff filed Objections on July 20, 2010 (doc. no. 70). After a review of the

pleadings and documents in the case, together with the Report and Recommendation and the

Objections thereto, the following order is entered:

AND NOW, this 20 day of July, 2010;

**IT IS HEREBY ORDERED** that the Defendants' Partial Motion to Dismiss (doc.

no. 50) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 66)

of Magistrate Judge Lenihan, dated May 4, 2010, is adopted as the Opinion of the Court.

BY THE COURT:

Gary L. Lancaster
Chief United States District Judge

cc:     Clinton Walker
        EC - 4925
        SCI-Forest
        286 Woodland Drive
        P.O. Box 945
        Marienville, PA 16239-0307

        All Counsel of Record