IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON WALKER, | ) |
| Plaintiff, | ) Civil Action No. 09 - 282 |
| v. | ) Chief District Judge Gary L. Lancaster |
| G. CAMPBELL; *ET AL.*, | ) |
| Defendants. | ) |

## ORDER

The above captioned case was initiated on March 5, 2009, by the filing of a Motion to Proceed *In Forma Pauperis* (ECF No. 1) accompanied by a Complaint. It was referred to Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules.

On October 31, 2011, the Magistrate Judge filed her Report and Recommendation (ECF No. 114) recommending that Defendants' Motion for Summary Judgment (ECF No. 89) be granted. Plaintiff filed Objections and Defendants filed a Response to his Objections. After a review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections and Response thereto, the following order is entered:

AND NOW, this 9th day of December, 2011;

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 89) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated October 31, 2011 (ECF No. 114), is adopted as the Opinion of the Court.

1

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Oral Argument (ECF No. 124) is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case CLOSED.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

Gary L. Lancaster
Chief United States District Judge

cc: Clinton Walker
EC - 4925
SCI-Forest
286 Woodland Drive
P.O. Box 945
Marienville, PA 16239-0307

All Counsel of Record